THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* KENNETH CERNICK, Defendant-Appellant.

(No. 57134;

First District (1st Division)—January 28, 1974.

PER CURIAM.
EGAN, P. J., took no part.

James J. Doherty, Public Defender, of Chicago (Lee T. Hettinger, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis, Barry Rand Elden, and Lee Boyd, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* REGINALD HUGHES, Defendant-Appellant.

(No. 57687;

First District (1st Division)—January 28, 1974.